IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

AMANDA FENDLEY,                          *

            Plaintiff                    *

vs.                                      *
                                              CASE NO. 3:11-CV-113 (CDL)
MICHAEL J. ASTRUE, Commissioner  *
of Social Security,
                                         *

            Defendant                    *
_____          *


O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on August 15, 2012.  Neither party has filed an objection to this Report and Recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the Report and Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.  Accordingly, this matter is remanded consistent with the recommendation of the Magistrate Judge.

IT IS SO ORDERED, this 5th day of September, 2012.


s/Clay D. Land
_____
CLAY D. LAND
UNITED STATES DISTRICT JUDGE